FILED ___ LODGED ___
RECEIVED ___ COPY ___

DEC - 5 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYRACOM INTERNATIONAL INC., an Arizona Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LANGUAGE LINE LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. CIV 00-653 TUC ACM <br><br><br> ORDER |

Plaintiff CyraCom International, Inc., having presented to the Court its Verified Application for Admission *Pro Hac Vice* of Joseph P. Reagen and Darren S. Cahr, and good cause appearing therein,

IT IS ORDERED, that Joseph P. Reagen and Darren S. Cahr of the law firm of Gardner, Carton & Douglas, is hereby granted leave to appear and represent Plaintiff CyraCom International, Inc. in this proceeding.

DONE IN OPEN COURT this 4 day of December, 2000.

HON. ALFREDO C. MARQUEZ
United States District Court Judge