FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 2 4 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LOD ___
RECEIVED ___ COPY ___
JAN 2 5 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
____ DEPU___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYRACOM INTERNATIONAL, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANGUAGE LINE, LLC, a Delaware Liability Company,<br><br>Defendants. | Case No. CIV-00-653-TUC-ACM<br><br>**ORDER FOR EXTENSION OF TIME** |

Upon review of Defendant's Motion for Extension of Time to file Defendant Language Line's response to Plaintiff's Partial Motion to Dismiss and to Strike Affirmative Defenses, there being no objection thereto, and good cause appearing;

IT IS HEREBY ORDERED that Defendant is granted an extension of time up to and including January 31, 2001 to file its response to Plaintiff's Partial Motion to Dismiss and to Strike Affirmative Defenses.

DATED this 25th day of January, 2001.

_____
Judge Alfredo C. Marquez
United States District Court

E:\Active\120053 01\Extension Order pld wpd

26