```
___ FILED    ___ LODGE
___ RECEIVED ___ COPY

     FEB - 7 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

```
___ FILED    ___ LODGE
___ RECEIVED ___ COPY

     FEB 1 3 2001

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYRACOM INTERNATIONAL, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANGUAGE LINE, LLC, a Delaware Liability Company,<br><br>Defendants. | Case No. CIV-00-653-TUC-ACM<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR STAY OF ALL MOTION PRACTICE**<br><br>(Without Objection) |

Defendant Language Line, LLC, having presented to the Court its Motion for Stay of All Motion Practice and there being no objection to said Motion by counsel for Plaintiff Cyracom, and good cause appearing therein,

IT IS ORDERED that the motion practice in this case, including the filing of any responsive and reply briefs on pending motions is stayed until March 1, 2001, while the Parties negotiate a resolution to this action.

DONE IN OPEN COURT this 13 day of February, 2001.

_____
Judge Alfredo C. Marquez
United States District Judge

E:\Active\120053.01\Order Re Stay.pld.wpd

(33)