```
                    FILED ____ LODGED
                    RECEIVED ____ COPY

                         FEB 2 2 2001

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                 BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYRACOM INTERNATIONAL, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANGUAGE LINE, LLC, a Delaware Liability Company,<br><br>Defendants. | Case No. CIV-00-653-TUC-ACM<br><br>**ORDER** |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED, that Plaintiff CyraCom International, Inc.'s claims in this action against Language Line Services, L.L.C. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, that Language Line Services, L.L.C.'s claims in this action against CyraCom International, Inc. are hereby dismissed without prejudice.

IT IS FURTHER ORDERED, that all parties shall bear their own attorneys' fees, costs and expenses.

DONE IN OPEN COURT this 22 day of February, 2001.

_____
HON. ALFREDO MARQUEZ
United States District Court Judge

E:\Active\120053.01\OrderDismissal pld.wpd


